IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IRWIN P. FABRE, | ) | |
| Plaintiff, | ) | |
| v. | ) | MDL DOCKET NO. 1396 |
| | ) | 01-0926 JRT |
| ST. JUDE MEDICAL, INC., | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

DATED: April 20 2005.

IEYOUB & WYBLE, L.L.C.

By Kathryn Wyble

Kathryn Wyble, Esq.
Attorneys for Plaintiff Irwin P. Fabre

DATED: April 29 2005.

REED SMITH LLP

By [signature]

Steven M. Kohn
Attorneys for Defendant
St. Jude Medical, Inc.