**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

IN RE ST. JUDE MEDICAL, INC.
SILZONE® HEART VALVE
PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 1396

---

IRWIN P. FABRE,

Plaintiff,

v.

ST. JUDE MEDICAL, INC.

Defendant.

MDL CASE SPECIFIC NO. 01-0926 JRT

**ORDER**

---

Kathyrn Wyble, **KELLOGG & SIGELMAN**, 1742 N Street Northwest, Washington, D.C. 20063, for plaintiff.

Tracy J. Van Steenburgh, **HALLELAND LEWIS NILAN & JOHNSON PA**, 220 South Sixth Street, Suite 600, Minneapolis, Minnesota 55402, for defendant.

Steven M. Kohn, **REED SMITH LLP**, 1999 Harrison Street, Suite 2400, Oakland, California 94612, for defendant.

Pursuant to the Stipulation of Dismissal [Doc. No. 25] between the parties to this action through their designated counsel,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed without prejudice pursuant to FRCP 41(a)(1), each party to bear its own costs.

Dated: May 12, 2005
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge