# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

IN RE: ST. JUDE MEDICAL, INC.
SILZONE HEART VALVES PRODUCTS
LIABILITY LITIGATION

MDL No. 01-1396 (JRT)

LEVI REDDEN,

MDL Case Specific No. 01-0926 (JRT)

Plaintiff,

v.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

ST. JUDE MEDICAL, INC.,

Defendant.

James Capretz, **CAPRETZ & ASSOCIATES**, 500 Birch Street, Suite 2500, West Tower, Newport Beach, CA 92660, for plaintiff Bailey.

Bradley Betlach, **HALLELAND, LEWIS, NILAN & JOHNSON**, 400 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN 55402, for defendant.

Pursuant to the parties fully executed Stipulation of Dismissal without Prejudice filed with this Court [Docket No. 573], **IT IS SO ORDERED** that this lawsuit is hereby **DISMISSED WITHOUT PREJUDICE** and without costs or disbursement to any party.

DATED: January 14, 2010
at Minneapolis, Minnesota.

_____s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge